UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| PLAINTIFF'S | ) | |
| Retired (under duress) Chicago Police Officer | ) | CIVIL ACTION |
| Lawson employee no. 637012 altered 12916 | ) | Jury Trial |
| a.k.a Marty Christopher Lawson, Freddine Peak, | ) | |
| Brenda Peak, Barry Peak, Korky M. Peak, | ) | 1:12-cv-01273 |
| Curtis E. Peak Sr. (deceased) Curtis Peak(deceased) | ) | Judge John W. Darrah |
| Sandra Peak a.k.a. Sandra Samuels (deceased) | ) | Magistrate Judge Morton Denlow |
| Tony A. Peak (deceased) | ) | |
| V. | | |
| UNIVERSAL STUDIOS LLC | ) | FILED |
| 100 Universal City Plaza | ) | |
| In Universal City, CA 91608 | ) | FEB 2 2 2012 |

## COMPLAINT OF COPYRIGHT VIOLATION

THOMAS G BRUTON
CLERK, U S DISTRICT COURT

As citizens of the United States of America, I retired (under duress) Chicago police Officer Lawson employee no. 637012 altered to 12916, USPS EG:241530992, 1812 South Clark Street Unit 12, a.k.a. 12C,Apt.12, Chicago IL 60616, stand before this honorable court without an attorney because me, my family and others were harmed by the village of Hillside IL, City of Chicago, County of Cook, State of Illinois and The United States Government, identified in my work/book titled "Truth or Treason" 1st, 2nd, 3rd, 4th edition filed with the United States Library of Congress Registrar of Copyrights Maria A. Pallante or current Registrar of Copyrights at 101 Independence Avenue S.E. Washington, DC. 20559, involving the attached Petition no. 4346-5069, No.219-2111,no.100W,No.2012,etc. etc., the State of Indiana, Wisconsin, Ohio, Pennsylvania, Kentucky, Florida, New York, Washington DC, etc.,

Plaintiffs pray that this honorable court stop, prohibit, issue an injunction against Universal Studios in the release, promoting, selling, of the movie "Safe House" in that the movie "Safe House", plot, characters, events, theme, location of filming, use of lead actor Mr. Denzel Washington, locations of filming, etc., were copied from my work/book "Truth or Treason" editions, 1,2, 3, 4, documentary "Crossing the Blue Line" and "Chicago Oath of Office" displayed onYoutube.Com, Google Video, series 1,2,3,4,5,6,7, by Universal Studios and others to make a monetary profit from the pain and suffering of plaintiff, his family and others and further humiliate plaintiff by ensuring that his pain and suffering, identified in the work/book, "Truth or Treason" would not be an original work, further blacklisting and destroying the personal, financial and religious life of plaintiffs for exposing abuse involving high ranking public officials and others identified in above petitions and work/book "Truth or Treason". And aid others in seeking their arrest to prevent this story from being told.

One of Plaintiff's
Marty Christopher Lawson (under duress)
1812 South Clark Street
Unit 12, a.k.a. 12C, Apt.12, etc.
Chicago, IL 60616

# PRESS RELEASE   PETITION NO. 2012

TO: All Newspaper/Radio/TV/etc.,

FROM: Retired (under duress) Chicago Police Officer Lawson

**January 30, 2012**

This petition will be circulated (under duress) to obtain signatures to revoke any license, permit, etc., to operate, provide, transact, sell, buy, etc., any products, services, etc. within the State of Illinois, by Geico Insurance, Globe Life Insurance, and others…

As a citizen of the United States of America, I retired (under duress) Chicago police officer Lawson, employee no. 637012 altered to no.12916, 1812 South Clark Street, Unit 12, a.k.a. 12C, Apt 12, etc. Chicago, Illinois 60616, and author of the book "Truth or Treason 4th Edition" filed with the Library of Congress Registrar of Copyrights, Maria A. Pallante or current Registrar, USPS EG: 241530992, and editions 1, 2 & 3, shall seek the revocation, etc., of any business license, permit, etc., and/or authorization to, sell, operate, provide, manufacture, etc., insurance, gasoline, oil, service, solicit, etc., within the State of Illinois and possible "Conspiracy" and "Obstruction of Justice" charges against Bank of America, SafeCo Insurance Company, Allstate Insurance, Google Inc, Prudential Insurance, Heil Heil Smart & Golee, Safeway Insurance, Illinois Insurance Center, Ford Motor Co., Shell Oil Company, Amoco Oil Company a.k.a. BP, AT&T, Cricket Mobile, Target Co., Bestbuy Co., IBM Computers, Dell Computers, Sprint Nextel, Boost Mobile, AT&T, Walgreen's Co., Blue Cross Blue Shield, AIG, CVS Caremark, Silverscript, Northwestern Mutual Investment Services, who knowingly and intentionally used, or knew or should have known, that their business, company, subsidiary, etc., were being used for political purposes, etc., to cause harm, embezzle funds, solicit, entrap, citizens of the United States of America, while billing for service, etc., and denying full service, etc., in violation of City, County, State law and/or 1st, 4th, 5th, 14th Amendments of the CONSTITUTION of The UNITED STATES OF AMERICA, etc., aided by the United States Postal Service, paid defense attorney (witness) Paul O. Otubusin (IL), the concealment, theft, etc., of a Sony video DV tape no. series 03HC2027K2406 and Olympus Handheld Digital Voice Recorder (white case red trim), etc., while providing aid to the whitewash of nearly $100,000,000.00 of the financial abuse of the Chicago Police Pension Fund, a.k.a. The Retirement Board of the Policemen's Annuity and Benefit Fund, involving DV Urban Realty, JP MORGAN CHASE BANK, its Chairman William or Bill Daley, Mayor of Chicago Richard M. Daley, the State of Indiana, eight pages of the Retirement Board of the Policemen's Annuity's & Benefit Fund Executive Board Meeting hearing transcripts, a.k.a. the Chicago police pension fund, involving Attorney David R. Kugler, members of the Retirement Board of the Policemen's Annuity & Benefit Fund dated September 30, 2004.

~~To receive a free copy of Petition No. 2012~~

Please write to: Retired (under duress) Chicago Police Officer Lawson
  Employee no. 637012 altered to no. 12916
  U.S.P.S. EG 241530992, etc.,
  1812 South Clark Street
  Unit 12, a.k.a. 12C, Apt. 12
  Chicago, IL 60616

Or    Can be reached at; (312) 326-2723   Please leave a message.

OFFICIAL SEAL
MARIA CORTEZ
NOTARY PUBLIC - STATE OF ILLINOIS

PRESS RELEASE

TO: All Newspaper/Radio/TV/etc.,

FROM: Retired (under duress) Chicago Police Officer Lawson
Employee no. 637012 altered to no. 12916
U.S.P.S. EG 241530992, etc.,
1812 South Clark Street
Unit 12, a.k.a. 12C, Apt. 12
Chicago, IL 60616

RE: Petition NO. 219-2111

January 24, 2012

This petition will be circulated under duress to obtain signatures to remove from Public Office the following officials Patrick J. Fitzgerald U.S. Attorney N.D., Illinois and Robert Grant or Robert D. Grant F.B.I. Special Agent in Charge Chicago Office

# PETITION NO. 219-2111

I, retired (under duress) Chicago police officer Lawson employee no. 637012 altered to no.12916, 1812 South Clark Street, Unit 12, a.k.a. 12C, Apt 12, etc. Chicago, Illinois 60616, and author of the book "Truth or Treason 4th Edition" filed with the Library of Congress Registrar of Copyrights, Maria A. Pallante or current Registrar, USPS EG: 241530992, and editions 1 and 2, will be seeking the peaceful removal from public office and possible "Obstruction of Justice" charges against The United States Attorney of the Northern District of Illinois Mr. Patrick J. Fitzgerald, his administration, Federal Bureau of Investigations, Special Agent in Charge Chicago Office, Mr. Robert D. Grant, his Administration [witnesses FBI special agents Alisa Doyle and Jake Ruddy] from 2005 thru 2010, who knowingly and intentionally or knew or should have known that their offices were being used for political purposes to whitewash nearly $100,000,000.00 of the financial abuse of the Chicago Police Pension Fund, a.k.a. The Retirement Board of the Policemen's Annuity and Benefit Fund, involving DV Urban Realty, JP MORGAN CHASE BANK, its Chairman William or Bill Daley, Mayor of Chicago Richard M. Daley, the State of Indiana, eight pages of the Retirement Board of the Policemen's Annuity's & Benefit Fund Executive Board Meeting hearing transcripts a.k.a. the Chicago police pension fund, involving Attorney David R. Kugler, members of the Retirement Board of the Policemen's Annuity & Benefit Fund on September 30, 2004.

To receive a free copy of the three page Petition NO. 219-2111.
Please write to:
Retired (under duress) Chicago police officer Lawson
Employee no. 637012 altered to no. 12916
U.S.P.S. EG: 241530992
1812 S. Clark Street Unit 12, a.k.a. 12C, Apt. 12
Chicago, IL 60616

OR
Can be reached at: (312) 326-2723    Please leave a message

OFFICIAL SEAL
MARIA CORTEZ
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/16/12

1/30/2012

# PRESS RELEASE - PETITION 4346-5069

TO: All Newspaper/Radio/TV/etc.,

From: Retired (under duress) Chicago Police Officer Lawson

RE: **Petition NO. 4346-5069**

## January 29, 2012

This petition will be circulated (under duress) to obtain signatures to remove from Public Office the following public officials: Circuit Court of Cook County Chief Justice Timothy C. Evans, Circuit Court of Cook County First Municipal District Judge E. Kenneth Wright Jr., Cook County Circuit Court Judges David A. Skryd, Associate Judge Clarence L. Burch, Judge Anita Rivkin-Carothers, Judge Jim Ryan or James J. Ryan, Cook County States Attorney Anita Alvarez or Anita M. Alvarez, Cook County Clerk of Court Dorothy Brown, Sheriff of Cook County Mr. Dart

As a citizen of the United States of America, I retired (under duress) Chicago police officer Lawson, employee no. 637012 altered to no.12916, 1812 South Clark Street, Unit 12, a.k.a. 12C, Apt 12, etc. Chicago, Illinois 60616, and author of the book "Truth or Treason 4th Edition" filed with the Library of Congress Registrar of Copyrights, Maria A. Pallante or current Registrar, USPS EG: 241530992, and editions 1, 2 & 3, will be seeking the peaceful removal from public office and possible "Conspiracy" and "Obstruction of Justice" charges against the Circuit Court of Cook County Chief Justice Timothy C. Evans, Cook County Circuit Court Judges David A. Skryd, Associate Judge Clarence L. Burch, Judge Anita Rivkin-Carothers, Judge Jim Ryan or Judge James J. Ryan, Cook County States Attorney Anita Alvarez or Anita M. Alvarez (Witness Asst. Julia B. Ramirez) Cook County Clerk of Court Dorothy Brown (Witness Executive Assistant Mireya Miranda) Sheriff of Cook County Mr. Dart (Witness Cook County Court Sheriff/Bailiff Officer Frias Star no.11262 and his Supervisor) who knowingly and intentionally used, or knew or should have known, that their offices were being used for political purposes, etc., to cause harm, involving criminal case numbers 09128631601, 091286316, 09-286316 09128631701, 091286317, 09-286317 and violations of the 1st, 5th, 8th, 14th Amendment of the CONSTITUTION of The UNITED STATES OF AMERICA, etc., aided by the United States Postal Service, paid defense attorney (witness) Paul O. Otubusin (IL) concealment, theft, etc., of a Sony video tape no. series 03HC2027K2406 and Olympus Handheld Digital Voice Recorder (white case red trim), etc., and aid the whitewash of nearly $100,000,000.00 of the financial abuse of the Chicago Police Pension Fund, a.k.a. The Retirement Board of the Policemen's Annuity and Benefit Fund, involving DV Urban Realty, JP MORGAN CHASE BANK, its Chairman William or Bill Daley, Mayor of Chicago Richard M. Daley, the State of Indiana, eight pages of the Retirement Board of the Policemen's Annuity's & Benefit Fund Executive Board Meeting hearing transcripts, a.k.a. the Chicago police pension fund, involving Attorney David R. Kugler, members of the Retirement Board of the Policemen's Annuity & Benefit Fund dated September 30, 2004.

State of _IL_, County of _Cook_
Signed before me on this _29_
of _January_ _2012_
Notary Public _[signature]_

To receive a free copy of **Petition No. 4346-5069**

Please write to: Retired (under duress) Chicago Police Officer Lawson
        Employee no. 637012 altered to no. 12916
        U.S.P.S. EG 241530992, etc.,
        1812 South Clark Street
        Unit 12, a.k.a. 12C, Apt. 12
        Chicago, IL 60616

Or      Can be reached at: (312) 326-2723     Please leave a message.

OFFICIAL SEAL
ABRIL ESCALANTE
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:10/28/12

# PRESS RELEASE – PETITION 100W

TO: All Newspaper/Radio/TV/etc.,

FROM: Retired (under duress) Chicago Police Officer Lawson

RE: Petition No. 100W

## January 29, 2012

This petition will be circulated (under duress) to obtain signatures to remove from Public Office the following public officials: Illinois Governor Pat Quinn, Illinois Attorney General Lisa Madigan, Illinois Comptroller Daniel or Dan W. Hynes, Illinois Secretary of State Jesse White

As a citizen of the United States of America, I retired (under duress) Chicago police officer Lawson, employee no. 637012 altered to no.12916, 1812 South Clark Street, Unit 12, a.k.a. 12C, Apt 12, etc. Chicago, Illinois 60616, and author of the book "Truth or Treason 4th Edition" filed with the Library of Congress Registrar of Copyrights, Maria A. Pallante or current Registrar, USPS EG: 241530992, and editions 1, 2 & 3, will be seeking the peaceful removal from public office and possible "Conspiracy" and "Obstruction of Justice" charges against Illinois Governor Pat Quinn, Illinois Attorney General Lisa Madigan, Illinois Comptroller Daniel or Dan W. Hynes, Illinois Secretary of State Jesse White, who knowingly and intentionally used, or knew or should have known, that their offices were being used for political purposes, etc., to cause harm involving criminal case numbers 09128631601, 091286316, 09-286316 09128631701, 091286317, 09-286317, etc., and violations of the 1st, 5th, 8th, 14th Amendment of the CONSTITUTION of The UNITED STATES OF AMERICA, etc., aided by the United States Postal Service, paid defense attorney (witness) Paul O. Otubusin (IL), concealment, theft, etc., of a Sony video tape no. series 03HC2027K2406 and Olympus Handheld Digital Voice Recorder (white case red trim), etc., and aid the whitewash of nearly $100,000,000.00 of the financial abuse of the Chicago Police Pension Fund, a.k.a. The Retirement Board of the Policemen's Annuity and Benefit Fund, involving DV Urban Realty, JP MORGAN CHASE BANK, its Chairman William or Bill Daley, Mayor of Chicago Richard M. Daley, the State of Indiana, eight pages of the Retirement Board of the Policemen's Annuity's & Benefit Fund Executive Board Meeting hearing transcripts, a.k.a. the Chicago police pension fund, involving Attorney David R. Kugler, members of the Retirement Board of the Policemen's Annuity & Benefit Fund dated September 30, 2004.

To receive a free copy of **Petition No. 100W**

Please write to: Retired (under duress) Chicago Police Officer Lawson
Employee no. 637012 altered to no. 12916
U.S.P.S. EG 241530992, etc.,
1812 South Clark Street
Unit 12, a.k.a. 12C, Apt. 12
Chicago, IL 60616

Or  Can be reached at; (312) 326-2723  Please leave a message.

State of _IL_, County of _COOK_
Signed before me on this _29_
of _January_, _2012_
Notary Public

OFFICIAL SEAL
ABRIL ESCALANTE
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:10/28/12